IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

S.L.C.,

    Plaintiff,

and

WISONSIN COUNTY MUTUAL
INSURANCE CORPORATION,

    Intervenor Plaintiff,

v.

POLK COUNTY SHERIFF'S
DEPARTMENT and DARRYL L.
CHRISTENSEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-630-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to Federal Rule Civil Procedure 54(b) in favor of Wisconsin County Mutual Insurance Corporation without costs.

IT IS FURTHER ORDERED AND ADJUDGED that (a) there is no insurance coverage available to defendant Darryl L. Christensen under the Public Entity Liability policy of insurance issued by WCMIC to Polk County for the actions of Christensen as asserted by plaintiff in this action; and (b) intervenor WCMIC has no duty to defend or indemnify Christensen for any claims asserted by plaintiff against

Christensen in this action.

Approved as to form this 27th day of October, 2017.

/s/
William M. Conley

Peter Oppeneer, Clerk of Court        10/27/17
                                         Date